806 A.2d 407

IN THE MATTER OF PATRICIA N. ADELLE, AN ATTORNEY AT LAW (ATTORNEY NO. 016841992).

October 3, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–428, concluding that **PATRICIA N. ADELLE** of **POMPTON PLAINS,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of three months for violating *RPC* 4.4 (representing a client, using means that have no substantial purpose other than to embarrass, delay or burden a third person), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **PATRICIA N. ADELLE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective November 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.